UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                    Case No. 18-CR-126

JEFFREY H. ERNISSE,

    *Defendant.*

---

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that, the individual defendant in the above-referenced matter, is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2018.

    Respectfully submitted,

    */s/ Joshua D. Uller*
    Joshua D. Uller, WI Bar #1055173
    Federal Defender Services
      of Wisconsin, Inc.
    517 E. Wisconsin Avenue – Room 182
    Milwaukee, WI 53202
    Tel. (414) 221-9900
    Email: joshua_uller@fd.org

    *Counsel for Defendant, Jeffrey H. Ernisse*