# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JEFFREY H. ERNISSE**

**ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **18-CR-126**

---

HONORABLE DAVID E. JONES, presiding
Deputy Clerk: Katina Hubacz
Hearing Held: August 2, 2018 at 10:30 AM

Court Reporter:  Liberty
Hearing Began:  10:30:56
Hearing Ended:  10:48:37

**Appearances:**

UNITED STATES OF AMERICA by:  Megan J. Paulson
JEFFREY H. ERNISSE, in person, and by:  Joshua Uller
U.S. PROBATION OFFICE by:  Jennifer Jelinski
INTERPRETER: ☑ None  ☐ Sworn

☐ CJA  ☑ FDS  ☐ RET

---

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | 10/11/2018 | District Judge: | Lynn Adelman |
| Plea Deadline: | | Magistrate Judge: | David E. Jones |
| Final Pretrial Report | | Motions Due: | TO BE SET |
| Final Pretrial Conf.: | 9/28/2018 at 11:15 AM | Responses Due: | TO BE SET |
| Jury Trial Date: | 10/9/2018 at 10:00 AM | Replies Due: | TO BE SET |
| Trial Length Estimate: | 5 days | | |

---

☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by:

  ☑ defendant  ☐ the court

☑ Open file policy applies
  Discovery available:  next Wed 8/8
  ☐ Court discussed availability for
    incarcerated defendants
☑ Government to disclose grand jury materials
  one day prior to trial
☐ Case designated complex
☑ **Status conference (Counsel Only):  9/10/2018 at 10:00 AM before Magistrate Judge David E. Jones**

---

Maximum Penalties:
Counts 1-6
Ct 1 – 30 yrs Imp, $250,000 fine, 5 yr-life SR, $5000 SA
Ct 2 – 15-30 yrs Imp, $250,000 fine, 5yr-life SR, $5000 SA
Ct 3 – 15-30 yrs Imp, $250,000 fine, 5yr-life SR, $5000 SA
Ct 4 - 15-30 yrs Imp, $250,000 fine, 5yr-life SR, $5000 SA
Ct 5 – 15-30 yrs Imp, $250,000 fine, 5yr-life SR, $5000 SA
Ct 6 – 20 yr Imp, $250,000 fine, 5yr-life SR, $5000 SA
Forfeiture Notice

Govt: expect volume of discovery to be 200-300 pages, CD's, forensics of phones etc – can view at HIS – is ready to be viewed

Defense: request status conference instead of setting motions dates

**BOND:**

Govt: Deft in custody until 2021. Propose detainer be lodged.

Defense: ask for Deft to be returned to state custody and detainer lodged – sometimes Marshals keep in federal custody but Deft has medical concerns and a strict medication regiment. Is currently at Redgranite Correctional. Presents a signed Waiver of Detainers to Court. Also request a financial affidavit be done today.

Govt: has no objection to Deft being returned to state custody

Court : Lodges a detainer and directs Deft be returned to state custody due to good cause shown and stated on the record.

Court makes Speedy Trial finding. The time from today until 9/10/2018 is excluded under the Speedy Trial Act.

**Bond Status:**

☐ Defendant is ordered detained pending trial. *See* Order of Detention Pending Trial

☑ **Court orders federal detainer – Deft to be returned to state custody**

☐ Defendant is ordered temporarily detained for a maximum of: ☐ 3 days ☐ 5 days ☐ 10 days
Detention Hearing set for: _____

☐ Bond continued as previously set

☐ Detention continued as previously set

☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: Amount
☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/Property
☐ *See* Conditions of Release, below ☐ *See* Order Setting Conditions of Release