UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                                                                  Case No. 18-cr-126

JEFFREY ERNISSE,

    *Defendant.*

## WAIVER OF RIGHTS UNDER
## INTERSTATE AGREEMENT OF DETAINERS

The above-named defendant, Jeffrey Ernisse, in connection with his request that he be returned pending further proceedings in the above-captioned case to his place of incarceration, i.e., State of Wisconsin, (the "sending state"), and does after discussing the matter with counsel and reaching a considered decision, hereby freely and voluntarily waives any right or claim which he may have pursuant to any and all requirements or remedies of the Interstate Agreement of Detainers (Public Law 91-538, 84 Stat. 1397-1403), including, but not limited to, Articles IV(c), IV(e) and V(e) of said Agreement.

The above-named defendant agrees to be returned to federal court in connection with any proceedings in the above-captioned case.

Date: 8-2-18

JEFFREY ERNISSE,
*Defendant*

Date: 8/2/18

JOSHUA D. ULLER,
*Counsel for Defendant*