**U.S. Department of Justice**
**United States Marshals Service**

2018 AUG 14 A 9:29

# DETAINER
## AGAINST UNSENTENCED PRISONER
## BASED ON PENDING FEDERAL CRIMINAL PROCEEDINGS

United States Marshal
Eastern District of Wisconsin
*(District)*

517 E. Wisconsin Ave., Suite 711
Milwaukee, WI 53202
414-297-3707
*(Return Address and Phone)*

*Please type or print neatly:*

TO: Redgranite Correctional Institution

DATE: 08/03/2018
SUBJECT: Jeffrey ERNISSE
AKA:
DOB/SSN: ▮▮▮▮/1956
REF. #
USMS #: 16727-089
CR #: 18-cr-126

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the **Eastern** District of **Wisconsin** has federal criminal proceedings pending against the above-named subject, based on the following offense(s):

> 18:2423(c) - COERCION OR ENTICEMENT OF MINOR FEMALE
> 18:2251(a) - SEXUAL EXPLOITATION OF CHILDREN

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 414-297-1825
*FAX No.*

**RECEIPT**
Date: August 9, 2018
Signed: Patricia Trochinski
By: Patricia Trochinski
Title: Records Supervisor

Very truly yours,

Kevin A. Carr
U.S. Marshal

Requested by: Lindsay Vahradian, IRS

Form USM-16E
Est. 01/07